UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:26-cv-02493 VBF (ADS) Date: October 26, 2026

Title: *Danna D. Vongamath v. PRCS, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

Petitioner filed a Petition for Writ of Habeas Corpus (the "Petition"). (Dkt. No. 1.) On September 9, 2026, the Office of the Clerk entered a Notice of Deficiency for failure to pay the filing fee or complete the Request to Proceed In Forma Pauperis ("IFP Request"). (Dkt. No. 2.) As of the date of this order, the Court has not received an IFP Request, payment of the filing fee, or other response.

Petitioner is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and obey court orders**. Petitioner must file a written response by no later than **November 9, 2026**. Petitioner may respond to this Order to Show Cause by (a) filing an IFP Request; or (b) paying the filing fee in full.

**Petitioner is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be dismissed with prejudice for failure to state a claim, failure to prosecute, and failure to obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**